# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONA SHANKS,** *administratrix of the Estate of Nelson Shanks* <br> *Plaintiff,* <br><br> v. <br> **LARRY HALL,** *et al.* <br><br> *Defendants.* | **CIVIL ACTION** <br><br> No. 18-4042 |

## ORDER

**AND NOW,** this 21st day of **June 2019**, upon consideration of Defendants' Motion to Dismiss (ECF No. 6) and Plaintiff's Response thereto (ECF No. 8), it is hereby **ORDERED** and **DECREED** Defendants' Motion to Dismiss (ECF No. 6) is **GRANTED**. The Complaint is dismissed with prejudice.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1